Opinion by Tappen, J.

Present — Barnard, P. J., Tappen and Donohue, JJ.

Amount found due reduced to $3,262, with interest, and the order as modified affirmed.

---

JOHN SHAFFER Appellant, *v.* JOSEPH RICE and others, Trustees, etc., Respondents.

Appeal from a judgment of the Queens County Court, reversing a judgment of a justice of the peace, in favor of the plaintiff.

The trustees of a school district issued a warrant to collect a tax, including a tax against the plaintiff as a resident of the district, and there was a levy and sale of plaintiff's property to satisfy the tax. He brought an action of trespass against the defendants, claiming to be a non-resident of the district, and not liable to be assessed therein, and on a trial before a justice of the peace the plaintiff had judgment for damages. On appeal the County Court reversed the judgment, for errors of the justice in admitting and rejecting testimony.

This court was of opinion that such errors were committed, and, without any discussion of them in the opinion, decided that the reversal was right.

*Theodore J. Cogswell,* for the appellant.

*James W. Covert,* for the respondents.

Opinion by Tappen, J.

Present — Barnard P. J., Tappen and Donohue, JJ.

Judgment affirmed, with costs